IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MOEKETSI STEINS MOLAOLI,

                ORDER

          Plaintiff,

               13-cv-289-bbc

    v.

DENNI LYNN KLISCH,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Pro se plaintiff Moeketsi Steins Molaoli has filed a lawsuit against defendant Denni Lynn Klisch in which he asserts claims for (1) defamation and slander; (2) false and malicious accusations to local authorities with the purpose of keeping plaintiff from his children; (3) accessing plaintiff's email without permission; and (4) preventing plaintiff's children from using his last name.  Because plaintiff is proceeding under 28 U.S.C. § 1915 without prepayment of the filing fee, I must screen his complaint to determine whether he may proceed in this court.

       In this case, that screening can be done quickly.  The unfortunate fact for plaintiff is that this court cannot provide him any relief.  A federal court is limited to hearing certain types of disputes, including actions that arise under federal law and actions in which the plaintiff and defendants are citizens of different states.  28 U.S.C. §§ 1331 and 1332.  All of plaintiff's claims are state law claims, rather than federal law claims, and plaintiff has

provided no basis on which this court could find that plaintiff and defendant are citizens of different states.  Rather, his complaint indicates that both he and defendant live in Beloit, Wisconsin.  Therefore, I must dismiss plaintiff's case for lack of subject matter jurisdiction.

ORDER

IT IS ORDERED that this case is DISMISSED for lack of subject matter jurisdiction. The clerk of court is directed to close this case.

Entered this 3d day of June, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge